```
               IN THE UNITED STATES DISTRICT COURT
            FOR THE EASTERN DISTRICT OF PENNSYLVANIA

TIMOTHY CALLAHAN,               :   CIVIL ACTION
                                :   NO. 02-3853
         Plaintiff,             :
                                :
     v.                         :
                                :
BUENA VISTA THEATRICAL GROUP,   :
LTD,                            :
                                :
         Defendant.             :
```

SCHEDULING ORDER

**AND NOW**, this **21st** day of **August, 2002**, following an initial pretrial conference with counsel for the parties, and pursuant to Federal Rule of Civil Procedure 16, Local Rule of Civil Procedure 16.1(b), and § 2:01 of the Civil Justice Expense and Delay Reduction Plan, it is hereby **ORDERED** that:

   1.   The parties are required to comply with the requirements of self-executing disclosure by **August 30, 2002**;

   2.   The parties shall file any amended pleadings, if any amended pleadings are to be filed, by **August 30, 2002**;[1]

---

1. All requests for action by the Court shall be by motion, see Fed. R. Civ. P. 7(b), except for routine requests, which may be by letter to the Court with copies to all parties, indicating in such a letter whether the other parties consent to the request. A courtesy copy for Chambers of any motion or brief is welcomed. Reply briefs shall not be filed for motions of any nature without prior leave of Court. A copy of the proposed reply brief limited to the issues raised in the response shall be attached whenever leave is requested.

      3.    All discovery shall be completed by **November 20, 2002** (pursuant to Federal Rule of Civil Procedure 26(a)(2), plaintiff's experts' identities and their reports (including any curricula vitae) shall be disclosed by **November 20, 2002**);

      4.    Any motions for summary judgment shall be filed by **November 20, 2002,** provided that the parties submit a statement of uncontested facts with any such motion.  Responses to any motions for summary judgment shall be filed within the time permitted under Local Rule of Civil Procedure 7.1(c);

      5.    Pretrial memoranda pursuant to Local Rule of Civil Procedure 16.1(c); proposed voir dire questions, jury instructions,[2] special interrogatories, and verdict forms for a jury trial (or proposed findings of fact and conclusions of law for a non-jury trial); and any motions in limine shall be filed (with a copy of each also delivered to Chambers)[3] by **December 10, 2002;**

      6.    The case shall be placed in the trial pool on **December 20, 2002.**  Once placed in the trial pool, a case may be called to trial upon 24 hours' notice to counsel;

---

2.  Each proposed jury instruction should be numbered, should appear on a separate page, and should include citations to the authorities supporting the proposed instruction.

3.  When possible, a courtesy copy of proposed jury instructions (or proposed findings of fact and conclusions of law) should be submitted to Chambers on an IBM-compatible computer diskette, in addition to the hard courtesy copy.

      7.   If agreeable to both parties, counsel for plaintiff shall telephone Chambers to schedule a settlement conference with a Magistrate Judge; and

      8.   Plaintiff's counsel shall advise the Court promptly of any settlement of the case.

      **AND IT IS SO ORDERED.**

                                  **EDUARDO C. ROBRENO,    J.**