IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TIMOTHY CALLAHAN | : | CIVIL ACTION |
| v. | : | |
| THE WALT DISNEY COMPANY, ET AL. | : | NO. 02-3853 |

### **O R D E R**

AND NOW, this 27th day of August, 2002, it is Ordered that due to a clerical error the pretrial conference scheduled for September 24, 2002 is **cancelled.**

ATTEST:                              or     BY THE COURT

BY:_____           _____
Deputy Clerk                                Judge

C.V. 12 (4/99)

faxed to: Dwayne F. Stanley, Esq.
          Nancy Harris Marvel, Esq.
          Thomas E. Kopil, Esq.