```
              IN THE UNITED STATES DISTRICT COURT
           FOR THE EASTERN DISTRICT OF PENNSYLVANIA

TIMOTHY CALLAHAN              :       CIVIL ACTION
                              :
          v.                  :
                              :
B.V. THEATRICAL VENTURES,     :
INC., ET AL.                  :       NO. 02-3853
```

## **O R D E R**

AND NOW, this 26th day of November, 2002, it is Ordered that a hearing on defendants' summary judgment motion (doc. no. 15) is scheduled for **December 18, 2002 at 4:00 p.m.**, before the Honorable Eduardo C. Robreno, in Courtroom 3A, 3rd floor, U.S. Courthouse, 601 Market Street, Philadelphia, PA.

```
     ATTEST:                      or    BY THE COURT


     BY:_____         _____
        Deputy Clerk                         Judge
```

C.V. 12 (4/99)

xc: Dwayne F. Stanley, Esq.
    Nancy H. Marvel, Esq.
    Thomas E. Kopil, Esq.