```
              IN THE UNITED STATES DISTRICT COURT
           FOR THE EASTERN DISTRICT OF PENNSYLVANIA

TIMOTHY CALLAHAN,               :    CIVIL ACTION
                                :    NO. 02-3853
          Plaintiff,            :
                                :
     v.                         :
                                :
BUENA VISTA THEATRICAL GROUP,   :
LTD,                            :
                                :
          Defendant.            :
```

## AMENDED SCHEDULING ORDER

**AND NOW**, this **19th** day of **December, 2002**, following the court's disposition of defendants' motion for summary judgment, it is hereby **ORDERED** that:

1. Pretrial memoranda pursuant to Local Rule of Civil Procedure 16.1(c); proposed voir dire questions, jury instructions,[1] special interrogatories, and verdict forms for a jury trial (or proposed findings of fact and conclusions of law for a non-jury trial); and any motions in limine shall be filed (with a copy of each also delivered to Chambers)[2] by **January 17, 2003**;

2. The case shall be placed in the trial pool on

---

1. Each proposed jury instruction should be numbered, should appear on a separate page, and should include citations to the authorities supporting the proposed instruction.

2. When possible, a courtesy copy of proposed jury instructions (or proposed findings of fact and conclusions of law) should be submitted to Chambers on an IBM-compatible computer diskette, in addition to the hard courtesy copy.

1

**January 27, 2003.**  Once placed in the trial pool, a case may be called to trial upon 24 hours' notice to counsel;

      3.   If agreeable to both parties, counsel for plaintiff shall telephone Chambers to schedule a settlement conference with a Magistrate Judge; and

      4.   Plaintiff's counsel shall advise the Court promptly of any settlement of the case.

      **AND IT IS SO ORDERED.**

                                         **EDUARDO C. ROBRENO,    J.**