```
          IN THE UNITED STATES DISTRICT COURT
         FOR THE EASTERN DISTRICT OF PENNSYLVANIA

TIMOTHY CALLAHAN                  :      CIVIL ACTION
                                  :
          v.                      :
                                  :
BUENA VISTA THEATRICAL            :
GROUP, LTD, ET AL.                :      NO. 02-3853
```

## **O R D E R**

AND NOW, this 24th day of January, 2003, it is Ordered that Trial is scheduled in the above captioned case for **February 10, 2003 at 9:30 a.m.**, before the Honorable Eduardo C. Robreno, in Courtroom 3A, 3rd floor, U.S. Courthouse, 601 Market Street, Philadelphia, PA.


```
     ATTEST:                     or    BY THE COURT


     BY:_____      _____
        Deputy Clerk                         Judge
```

C.V. 12 (4/99)

xc: Dwayne F. Stanley, Esq.
    James M. Altieri, Esq.
    Nancy H. Marvel, Esq.
    Thomas E. Kopil, Esq.